CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ZACHARY M. GLIMCHER (CABN 308053)
Special Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
Zachary.Glimcher@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAMES PAUL WALSH <br><br> Defendant. | CASE NO. 4:24-CR-00487-JSW <br><br> **UNITED STATES' DECLARATION IN SUPPORT OF MOTION TO SEAL EXHIBITS A-C: SENTENCING MATERIALS** |

GLIMCHER DECL. ISO U.S. MOT. TO SEAL
Case No. 4:24-CR-00487-JSW          1

I, Zachary M. Glimcher, declare:

1.      I am a Special Assistant United States Attorney (SAUSA) representing the United States of America, the plaintiff in this case.  Attached hereto are exhibits the United States seeks to file under seal.

2.      Exhibit A contains a character letter prepared by █████████ ,

3.      Exhibit B contains a character letter prepared by █████████ .

4.      Exhibit C contains a Victim Impact Statement from a victim of ████████████ ████ .

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Oakland, California, on February 19, 2026.

DATED: February 19, 2026

/s/ _____
ZACHARY M. GLIMCHER
Special Assistant United States Attorney