SETH MORRIS (SBN 244910)
FATIMA SILVA (SBN 278891)
ERICA AUER (SBN 348199)
MORRIS LAW PC, A CRIMINAL DEFENSE FIRM
2025 Rose Street, Suite 200
Berkeley, CA 94709
phone: 510-225-9955
fax: 510-225-9661
www.morrisdefense.com
contact@morrisdefense.com

Attorneys for Defendant
JAMES PAUL WALSH III

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) DOCKET NO. 24-CR-0487-JSW |
| | ) |
| | ) [PROPOSED] ORDER GRANTING IN PART MOTION |
| | ) TO SEAL AND INSTRUCTIONS TO DEFENDANT |
| Plaintiff, | ) The Honorable Jeffrey S. White, Senior |
| | ) United States District Judge |
| vs. | ) |
| | ) Re: Docket No. 43 |
| | ) |
| | ) |
| JAMES PAUL WALSH III, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

1

## ~~[PROPOSED]~~ ORDER

FOR GOOD CAUSE SHOWN, it is hereby ordered that the MEMORANDUM IN RESPONSE TO CHARACTER LETTERS SUBMITTED BY THE GOVERNMENT FOR CONSIDERATION AT SENTENCING filed by counsel for the defendant, JAMES PAUL WALSH III, and accompanying exhibit, are to be filed under seal until further order of this Court.  Defendant shall file the motion to seal and the declaration in support of the motion to seal (Dkt. Nos. 43 and 43-1) in the public record.

**IT IS SO ORDERED.**
DATED: March 20, 2026

JEFFREY S. WHITE
United States District Judge

2